William M. Hake, Esq. (State Bar No. 110956)
Melissa D. Ippolito, Esq. (State Bar No. 239811)
Jeremy C. Berla, Esq. (State Bar No. 267331)
**HAKE LAW, A PROFESSIONAL CORPORATION**
655 Montgomery Street, Suite 1000
San Francisco, CA 94111
Tel: (415) 926-5800
Fax: (415) 926-5801
Email: Bill@hakelaw.com; Melissa@hakelaw.com; Jeremy@hakelaw.com

Attorneys for Defendant
**FAGOR AMERICA, INC.;**
**MACY'S, INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MANALANG, an individual, and JOSIE MANALANG, and individual,<br><br>Plaintiffs,<br>vs.<br><br>MACY'S, INC., a business entity, FAGOR AMERICA, INC., a business entity, and DOES 1-20,<br><br>Defendants. | Case No.: CV134374<br><br>~~ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY~~<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS MACY'S, INC. AND FAGOR AMERICA, INC. TO FILE A FIRST RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>Complaint: September 20, 2011<br>Trial Date: Not set. |

Plaintiffs, ED MANALANG, an individual, and JOSIE MANALANG, and individual, (collectively "Plaintiffs") and defendants MACY'S, INC., a business entity, FAGOR AMERICA, INC., a business entity (collectively "Defendants") hereby stipulate to an extension of time for Defendants to answer, object, or otherwise respond to Plaintiffs' Complaint.

Plaintiffs' Complaint was served on Defendants on October 3, 2013. Pursuant to Northern District of California Local Rule 6-1(a), Plaintiffs and Defendants hereby stipulate to a 15-day extension for Defendants to answer, object, or otherwise respond to Plaintiffs' Complaint. A responsive pleading must be filed and served by Defendants by November 8, 2013.

///

4159265801   HAKE LAW   RECEIVED 10/24/2013 12:53   5102720711
12:38:43 p.m.   10-24-2013   4/4

Based on the foregoing, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants through their respective attorneys of record, that the time within which Defendants have to answer, object, or otherwise respond to Plaintiffs' Complaint must be filed and served by Defendants by November 8, 2013. Defendants reserve all rights relating to its first responsive pleading to Plaintiffs' Complaint.

**IT IS SO STIPULATED.**

Dated: October 18, 2013     HAKE LAW, A PROFESSIONAL CORPORATION

By: *[signature]*
William M. Hake, Esq.
Melissa D. Ippolito, Esq.
Jeremy C. Berla, Esq.
Attorneys for Defendants
**FAGOR AMERICA, INC., MACY'S, INC.**

Dated: October 18, 2013     LAW OFFICES OF BENNY MARTIN

By: *[signature]*
Benjamin Martin, Esq.
Attorneys for Plaintiffs
**ED MANALANG and JOSIE MANALANG**

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
10/29/2013
IT IS SO ORDERED
*[signature]*
Judge Thelton E. Henderson

-2-
STIPULATION EXTENDING TIME FOR DEFENDANTS MACY'S, INC. AND FAGOR AMERICA, INC. TO FILE A FIRST RESPONSIVE PLEADING TO PLAINTIFFS
CV134374