AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Ed Manalang et al.,

Plaintiff(s),

V.

Macy's Inc. er al

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-13-4374 TEH

Notice is hereby given that, subject to approval by the court, __Macy's, Inc.__ substitutes (Party (s) Name)

__William Hake, Esq.__ (Name of New Attorney), State Bar No. __110956__ as counsel of record in

place of __William Hake, Esq.__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Address: 525 Market Street, 17th Floor San Francisco, California 94105

Telephone: (415) 433-0990   Facsimile (415) 434-1370

E-Mail (Optional): william.hake@wilsonelser.com

I consent to the above substitution.

Date: 4-7-14

Rob Diesel
*/s/ Rob Diesel*
(Signature of Party (s))

I consent to being substituted.

Date: 4/7/14

*/s/ Allison Ippolito for*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/7/14

*/s/ Allison Ippolito for*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 04/14/2014

*/s/ Thelton Henderson*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]