AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

Ed Manalang et al.,

Plaintiff (s),

V.

Macy's Inc. er al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-13-4374 TEH

Notice is hereby given that, subject to approval by the court, __Fagor America, Inc.__ substitutes
(Party (s) Name)

__William Hake, Esq._____, State Bar No. __110956__ as counsel of record in
(Name of New Attorney)

place of __William Hake, Esq._____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Address:          525 Market Street, 17th Floor San Francisco, California 94105
Telephone:        (415) 433-0990                    Facsimile  (415) 434-1370
E-Mail (Optional): william.hake@wilsonelser.com

I consent to the above substitution.
Date:   4/15/14

*Alexandra Hansil*
_____
(Signature of Party (s))

I consent to being substituted.
Date:   4/16/2014

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   4/16/2014

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   04/17/2014

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]